IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02513-REB-MJW

GARY DeWILLIAMS,

Applicant,

v.

BLAKE DAVIS, Warden,

Respondent.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Motion to Have Habeas Corpus Petition Under 28 U.S.C. § 2241 Transferred to Court of Appeals or Supreme Court of the United States (docket no. 48) is DENIED. The Pro Se Incarcerated Plaintiff has provided this court will no legal authority to support his requested relief.

Date: January 30, 2009