IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02513-REB-MJW

GARY DeWILLIAMS,

Applicant,

v.

BLAKE DAVIS, Warden,

Respondent.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Applicant Gary DeWilliams' Notice and Motion for Applicant's Custody Being Modified (docket no. 41) is DENIED. The relief that Mr. DeWilliams is seeking in this motion (docket no. 41) cannot be obtained in his § 2241 habeas petition. *See* McIntosh v. United States Parole Comm'n, 115 F. 3d 809, 811-12 (10th Cir. 1997).

Date: March 3, 2009