**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**September 22, 2009**

**Elisabeth A. Shumaker**
**Clerk of Court**

---

In re: GARY DEWILLIAMS,

  Petitioner.

No. 09-1387
(D.C. No. 1:07-CV-02513-REB-MJW)
(D. Colo.)

---

**ORDER**

---

Before **KELLY**, **HARTZ**, and **O'BRIEN**, Circuit Judges.

---

Gary deWilliams has filed a petition for a writ of mandamus, requesting that this court direct the district court to hear and decide his pending 28 U.S.C. § 2241 habeas case. The district-court case was filed on November 29, 2007, and it was at issue in September 2008. Since then, the district court has received and resolved several supplemental filings and motions. On September 15, 2009, the magistrate judge entered a report and recommendation. Accordingly, this case is proceeding toward judgment in the district court. The mandamus petition is

DENIED.  The motion to proceed without prepayment of fees and costs is

GRANTED.

                                                                                                           Entered for the Court,

                                                                                                           ELISABETH A. SHUMAKER, Clerk

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | September 22, 2009 | Douglas E. Cressler<br>Chief Deputy Clerk |

Gary Dewilliams
FCI - Englewood
9595 West Quincy Avenue
Littleton, CO 80123
#20666-013

**RE:**     **09-1387, In re: Gary DeWilliams**
            Dist/Ag docket: 1:07-CV-02513-REB-MJW

Dear DeWilliams:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

                                                                    Sincerely,

                                                                    Elisabeth A. Shumaker
                                                                      Clerk of the Court

cc:       Michael Conrad Johnson

EAS/jm