**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 07-cv-02513-REB-MJW

GARY DeWILLIAMS,

    Applicant,

v.

BLAKE DAVIS, Warden,

    Respondent.

**ORDER OVERRULING OBJECTIONS TO AND ADOPTING RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matters before me are (1) the magistrate judge's **Recommendation on Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Docket No. 12)** [#64] filed September 15, 2009; and (2) applicant's **Motion To Alter or Amend the Judgment Pursuant to Rule 59(e) Fed.R.Civ.P.** [#67] filed September 25, 2009, which judgment has not yet been entered in this case, I construe as applicant's objections to the magistrate judge's recommendation. I overrule the objections and adopt the recommendation.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, objections, and applicable caselaw. Moreover, because applicant is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. **See Erickson v. Pardus**, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); **Andrews v. Heaton**,

483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing **Haines v. Kerner**, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).  The recommendation is detailed and well-reasoned.  Contrastingly, applicant's objections are imponderous and without merit; they are, for the most part, a tired reiteration of arguments previously raised and rejected by the various district court and appellate court judges who have considered them. In a thinly veiled application, which is brought in title only under 28 U.S.C. § 2241, applicant again seeks vainly to achieve time barred relief under 28 U.S.C. § 2255.

Therefore, I find and conclude that the facts presented, arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the magistrate judge's **Recommendation on Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Docket No. 12)** [#64] filed September 15, 2009, is **APPROVED AND ADOPTED** as an order of this court;

2.  That the objections to the magistrate judge's recommendation as stated in applicant's **Motion To Alter or Amend the Judgment Pursuant to Rule 59(e) Fed.R.Civ.P.** [#67] filed September 25, 2009, are **OVERRULED**;

3. That the **Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** [#12], filed March 18, 2008, is **DENIED**;

4.  That judgment **SHALL ENTER** on behalf of respondent, Blake Davis, Warden, and against applicant, Gary DeWilliams, as to all claims for relief and causes

of action asserted in this action; and

    5.  That respondent is **AWARDED** his costs, to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.[1]

Dated September 30, 2009, at Denver, Colorado.

                                            **BY THE COURT:**

                                            Robert E. Blackburn
                                            United States District Judge

---

[1] See ***Montgomery v. Meloy***, 90 F.3d 1200, 1206 (7th Cir.), ***cert. denied***, 117 S.Ct. 266 (1996).